IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-00247-DDD-KMT

BREGITTA HUGHES, an individual,

    Plaintiff,

v.

PEAK VISTA COMMUNITY HEALTH CENTERS, a Colorado nonprofit corporation,

    Defendant.

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Bregitta Hughes and Defendant Peak Vista Community Health Centers, through their respective counsel, and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), jointly stipulate to the dismissal of this action in its entirety and with prejudice, each party to bear her or its own attorney fees and costs.

Respectfully submitted this 29th day of May, 2019.

| | |
|---|---|
| **LEWIS \| KUHN \| SWAN PC** | **HALL & EVANS, L.L.C.** |
| *s/ Andrew E. Swan* | *s/ Matthew J. Hegarty* |
| Andrew E. Swan | Matthew J. Hegarty, Esq. |
| Paul F. Lewis | 1001 17th Street, Ste. 300 |
| 620 North Tejon Street, Suite 101 | Denver, CO 80202 |
| Colorado Springs, CO 80903 | Phone: 303-628-3300 |
| Phone: 719-694-3000 | Email: hegartym@hallevans.com |
| Email: plewis@lks.law | **ATTORNEYS FOR DEFENDANT** |
|     aswan@lks.law | |
| **ATTORNEYS FOR PLAINTIFF** | |

## **CERTIFICATE OF SERVICE [CM/ECF]**

I hereby certify that on the 29th day of May, 2019, I e-filed the foregoing **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** via CM/ECF on the Clerk of this Court, and thereby served a copy of the foregoing upon the following:

Paul F. Lewis, Esq.
Andrew E. Swan, Esq.
LEWIS KUHN SWAN, PC
plewis@lks.law
aswan@lks.law
*Attorneys for Plaintiff*

*s/ Marlene Wilson*, Legal Assistant to
Matthew J. Hegarty
of Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
Phone: 303-628-3300
Fax: 303-628-3368
hegartym@hallevans.com
**ATTORNEYS FOR DEFENDANT**